BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

FILED
SEP 17 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>RIGOBERTO GARCIA-GUERRERO,<br><br>　　　　　　　Defendant. | CASE NO. 1:94CR5086<br><br>GOVERNMENT'S MOTION TO DISMISS AND ~~PROPOSED~~ ORDER |

In light of the age of this case, the United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned matter and requests that the arrest warrant that issued in 1994 following the defendant's failure to appear while on pretrial release be recalled.

Dated: September 16, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED this 17 day of Sept, 2015.

_____
UNITED STATES MAGISTRATE JUDGE